UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CRUZ CARDENAS,<br><br>Petitioner,<br><br>v.<br><br>A. MAYORKAS, et al.,<br><br>Respondents. | No. 2:24-cv-2245 AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Documents from the court were recently served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the Court of a current address.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

    IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See L.R. 183(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE