UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CRUZ CARDENAS,<br><br>Petitioner,<br><br>v.<br><br>A. MAYORKAS, et al.,<br><br>Respondent. | No. 2:24-cv-02245-TLN-AC<br><br><br><br>**ORDER** |

Petitioner Antonio Cruz Cardenas ("Petitioner"), a federal prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served. It is Petitioner's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 4) are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice for failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: February 7, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2